Irene Karbelashvili, State Bar Number 232223
**LAW OFFICE OF IRENE KARBELASHVILI**
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorney for JOHN RODGERS, Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS,<br>            Plaintiff,<br><br>vs.<br><br>NATION'S FOODSERVICE, INC., a California corporation, d/b/a NATION'S GIANT HAMBURGERS; RODNEY C. HARVEY, TRUSTEE OF THE RODNEY HARVEY TRUST; and DOES 1-10, Inclusive,<br>            Defendants. | Case No. 3:14-CV-00821-NC<br><br>*[Assigned to Hon. Nathanael M. Cousins]*<br><br>*Civil Rights*<br><br>**JOINT [**~~PROPOSED~~**] SCHEDULING ORDER** |

Pursuant to the April 1, 2015 Court Order, the parties propose the following case management schedule:

**17. Scheduling:**

*The timing of the Disclosure of Expert Witnesses and Information Required by Rule 26(a)(2)*: The parties propose that any expert exchange be simultaneous between all parties on July 1, 2015.

**Proposed Dates for Discovery Cut-Off:**

The parties propose a discovery cut-off date of August 20, 2015.

**Contemplated Dispositive Motions and Proposed Date by Which All Motions shall be heard:**

The parties propose that all dispositive and discovery motions be heard on or before September ~~1~~ 2, 2015.

DATED: April 14, 2015                By:    */s/ Irene Karbelashvili*
                                     IRENE KARBELASHVILI, Attorney for
                                     Plaintiff JOHN RODGERS


DATED: April 14, 2015                **WENDEL, ROSEN, BLACK & DEAN LLP**


                                     *By: /s/ David E. Goldman*
                                     David E. Goldman Attorney for Defendants
                                     NATION'S FOODSERVICE, INC. and
                                     RODNEY C. HARVEY, TRUSTEE OF THE
                                     RODNEY HARVEY TRUST

Dated: April 15, 2015

IT IS SO ORDERED AS MODIFIED

Judge Nathanael M. Cousins

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Alameda, State of California. My business address is 1111 Broadway, 24th Floor, Oakland, CA 94607-4036.

On April 14, 2015, I served true copies of the following document(s) described as **JOINT [PROPOSED] SCHEDULING ORDER** on the interested parties in this action as follows:

Irene Lenislav Karbelashvili          Attorney for Plaintiff John Rodgers
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113-2404
Tel: 408-295-0137
Fax: 408-295-0142
Email: Irene@irenelawoffice.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 14, 2015, at Oakland, California.

*Maria M. Jones*
Maria M. Jones